HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorney for Defendants
GREEN FARMS OF NEVADA, INC.,
dba WORLDWIDE PRODUCE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE IOVINO,<br><br>        Plaintiff,<br><br>vs.<br><br>GREEN FARMS OF NEVADA, INC., a Nevada corporation, dba WORLDWIDE PRODUCE,<br><br>        Defendants. | Case No. 2:19-cv-174<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff MICHELLE IOVINO and Defendants GREEN FARMS OF NEVADA, INC. dba WORLDWIDE PRODUCE by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of March 6, 2019 up to and including **March 20, 2019**.

Such extension is necessary in light of the fact that Defendants' counsel was only recently retained. The additional time will allow Defense counsel to continue to analyze the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

FIRMWIDE:162619508.1 099281.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 25, 2019

Respectfully submitted,

*/s/ Robert P. Spretnak, Esq.*
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
MARDEL P. CALLOWAY

Dated: February 25, 2019

Respectfully submitted,

*/s/ Hilary B. Muckleroy, Esq.*
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
GREEN FARMS OF NEVADA, INC., dba
WORLDWIDE PRODUCE

**ORDER**

**IT IS SO ORDERED.**

Dated: February 26, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:162619508.1 099281.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800