LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

LITTLER MENDELSON, P.C.
Patrick H. Hicks, Esq. (Bar No. 4632)
Hilary B. Muckleroy, Esq. (Bar No. 9632)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
Fax: (702) 862-8811
Email: phicks @ littler.com, hmuckleroy @ littler.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE IOVINO,<br><br>    Plaintiff,<br><br>vs.<br><br>GREEN FARMS OF NEVADA, INC.,<br>a Nevada corporation, dba WORLDWIDE<br>PRODUCE,<br><br>    Defendant. | Case No.: 2:19-cv-00174-JCM-CWH<br><br>**STIPULATION AND ORDER<br>TO CONTINUE EARLY NEUTRAL<br>EVALUATION** |

    Plaintiff MICHELLE IOVINO and Defendant GREEN FARMS OF NEVADA, INC., a Nevada corporation, dba WORLDWIDE PRODUCE, by and through their respective counsel of record, hereby stipulate and agree to continue the Early Neutral Evaluation Session to a future date set by the court. The Early Neutral Evaluation currently is scheduled for **May 8, 2019**, at **10:00 a.m.**

    There is good cause for entering into this stipulation. Plaintiff's counsel is scheduled to be out of the country that day on a previously-scheduled vacation. For this reason, a brief continuance of the Early Neutral Evaluation Session is requested from the Court. Counsel for defendant is unavailable from May 25, 2019, through June 3, 2019. Therefore, the parties request that the Early Neutral Evaluation Session be rescheduled for any of the following dates:

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

June 4, 5, or 6.

June 10, 11, 12, 13, or 14.

June 19, 20, or 21.

| | |
|---|---|
| DATED: March 7, 2019. | DATED: March 7, 2019. |
| LAW OFFICES OF ROBERT P. SPRETNAK | LITTLER MENDELSON, P.C. |
| By: /s/ Robert P. Spretnak<br>Robert P. Spretnak, Esq. | By: /s/ Hilary B. Muckleroy<br>Patrick H. Hicks, Esq.<br>Hilary B. Muckleroy, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada 89169 |

## **ORDER**

IT IS SO ORDERED that the Early Neutral Evaluation Session in this matter be continued from May 8, 2019, and rescheduled for June 10, 2019, at 10:00 AM.

The Early Neutral Evaluation Session shall be conducted in chambers, located on the third floor of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Suite 3005, Las Vegas, Nevada 89101. The written evaluation statements must be delivered directly to my chambers, U.S. Magistrate Judge Cam Ferenbach, in a sealed envelope-MARKED CONFIDENTIAL AND **DO NOT FILE**, not later than 4:00 p.m., June 3, 2019, one week prior to the Early Neutral Evaluation Session.

All other terms and requirements set forth in the original Order Scheduling Early Neutral Evaluation Session (ECF No. 6) shall remain in full force and effect.

_____
The Honorable CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE
March 8, 2019
DATED: _____