AMY L. THOMPSON, ESQ., Bar # 11907
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: athompson@littler.com
Email:  kstegall@littler.com

Attorney for Defendant
GREEN FARMS OF NEVADA, INC.,
dba WORLDWIDE PRODUCE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE IOVINO,<br><br>                Plaintiff,<br><br>vs.<br><br>GREEN FARMS OF NEVADA, INC., a Nevada corporation, dba WORLDWIDE PRODUCE,<br><br>                Defendants. | Case No. 2:19-cv-00174-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant GREEN FARMS OF NEVADA, INC., dba WORLDWIDE PRODUCE and Plaintiff MICHELLE IOVINO, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: February 4, 2020.  Dated: February 4, 2020.

Respectfully submitted,  Respectfully submitted,

*/s/ Robert P. Spretnak*
**LAW OFFICES OF ROBERT P. SPRETNAK**
ROBERT P. SPRETNAK, ESQ.

**LITTLER MENDELSON, P.C.**
AMY L. THOMPSON, ESQ.
KELSEY E. STEGALL, ESQ.

Attorneys for Plaintiff
MICHELLE IOVINO

Attorneys for Defendant
GREEN FARMS OF NEVADA, INC.,
dba WORLDWIDE PRODUCE

## ORDER

**IT IS SO ORDERED.**

Dated February 5. 2020.

_____
UNITED STATES DISTRICT COURT JUDGE